

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00342-CV

| | | |
|---|---|---|
| EDDIE LACY STIVERS III, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (D297-S-12155-13) |
| V. | § | February 28, 2019 |
| JERRY HOLMES, Appellee | § | Per Curiam |

## JUDGMENT ON REHEARING

Appellant Eddie Lacy Stivers III filed a motion for rehearing of our original memorandum opinion that issued on January 10, 2019. We deny the motion, withdraw our memorandum opinion and judgment dated January 10, 2019, and substitute the following.

This court has considered the record on appeal in this case and holds that the attempted appeal should be dismissed. It is ordered that the attempted appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM